SCOTT A. KRONLAND (Lead Counsel, *pro hac vice*)
REBECCA C. LEE (*pro hac vice*)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: skronland@altber.com
         rlee@altber.com

JAMES S. COON, OSB No. 771450
THOMAS, COON, NEWTON & FROST
820 SW Second Ave., Suite 200
Portland, OR 97204
Telephone: (503) 228-5222
Facsimile: (503) 273-9175
E-mail: jcoon@tcnf.legal

*Attorneys for Defendant Service Employees International Union Local 503*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| TOREY JARRETT, an individual, | Case No. 6:20-cv-01049-MK |
| Plaintiff, | **STIPULATED MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES; [PROPOSED] ORDER** |
| v. | |
| MARION COUNTY, a political subdivision of the State of Oregon; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 503, a labor organization; and MARION COUNTY EMPLOYEES ASSOCIATION LOCAL 294, a labor organization, | **Pursuant to L.R. 16-3** |
| Defendants. | |

Page 1 STIPULATION AND [PROPOSED] ORDER

## L.R. 7-1 CERTIFICATION

Pursuant to L.R. 7-1, the undersigned counsel for Defendant SEIU 503 certifies that they have conferred in good faith by email and by telephone with counsel for Plaintiff and Marion County, and Plaintiff and Marion County do not oppose this stipulated motion.

## STIPULATED MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES

WHEREAS on August 31, 2020, Defendants SEIU 503 and Marion County filed a joint Motion to Dismiss (Doc. 13);

WHEREAS the order the Court will issue on that joint motion will likely shape the future course of this litigation and proceeding with discovery now may result in a waste of party and judicial resources;

THEREFORE, the parties, through their respective counsel of record, hereby stipulate and agree to move this Court to stay all pending discovery and pretrial deadlines pending the Court's ruling on the pending joint motion to dismiss (Doc. 13), except that, by agreement of Plaintiff and Defendant SEIU 503, SEIU 503 will produce the following information to Plaintiff: (1) the metadata from the iPad signature of the membership card that SEIU 503 claims to have on file for Plaintiff, and (2) the identities of the SEIU 503 representatives who SEIU 503's records show obtained the signature in question.  Plaintiff will use such information solely for purposes of this action.  The parties further stipulate that the Court should set a Rule 16 telephone conference, if needed, following its ruling on the joint motion to dismiss.

IT IS SO STIPULATED.

DATED:  September 17, 2020           By: s/  Rebecca C. Lee
                                         Rebecca C. Lee

        SCOTT A. KRONLAND
        REBECCA C. LEE
        Altshuler Berzon LLP

        JAMES S. COON
        Thomas, Coon, Newton & Frost

        *Attorneys for Defendant SEIU 503*

DATED: September 17, 2020        By: s/ *Rebekah Millard*
                                Rebekah Millard

        REBEKAH C. MILLARD
        JAMES G. ABERNATHY
        Freedom Foundation

        *Attorneys for Plaintiff*

DATED: September 17, 2020        By: s/ *Curtis M. Glaccum*
                                Curtis M. Glaccum

        CURTIS M. GLACCUM
        Marion County Legal Counsel

        *Attorney for Defendant Marion County*

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefor, the discovery and pretrial deadlines set in this case are hereby stayed pending the Court's ruling on Defendants SEIU 503 and Marion County's joint Motion to Dismiss (Doc. 13), except that SEIU 503 shall provide the following information to Plaintiff: (1) the metadata from the iPad signature of the membership card that SEIU 503 claims to have on file for Plaintiff, and (2) the identities of the SEIU 503 representatives who SEIU 503's records show obtained the signature in question. Plaintiff shall use such information solely for purposes of this action. The Court will set a Rule 16 telephone conference, if needed, following its ruling on the joint motion to dismiss.

**IT IS SO ORDERED.**

Dated: _____                              _____
                                                                                      Mustafa T. Kasubhai
                                                                              United States Magistrate Judge